# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,** | Case No.: 2:16-cv-0126 KJM AC |
| Plaintiff, | **[PROPOSED] ORDER ON REQUEST FOR CONTIUNANCE OF DEBTOR'S EXAMINATION** |
| v. | |
| **Hakmat Lababedy, et al.** | |
| Defendants. | |

## **ORDER**

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of Hakmat Lababedy is continued to 11/15/17 at 10:00 am in courtroom 26, 501 I Street, Sacramento, CA 95814.

IT IS SO ORDERED.

DATED: September 5, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE