# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,**<br>　　　　Plaintiff,<br>　v.<br>**Hakmat Lababedy, et al.**<br>　　　　Defendants. | Case No.: 2:16-cv-0126 KJM AC<br><br>**[~~PROPOSED~~] ORDER ON REQUEST TO VACATE DEBTOR'S EXAMINATION**<br><br>Date:　　11/15/17<br>Time:　　10:00 am<br>Courtroom: 26 |

## **ORDER**

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of Hakmat Lababedy scheduled for 11/15/17 is vacated.

IT IS SO ORDERED.

DATED: November 13, 2017.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Request to vacate Debtor's Exams　　　　-1-