UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Scott Johnson,**

    Plaintiff,

  v.

Hakmat Lababedy**, et al.**

    Defendants.

Case No.: 2:16-cv-0126 KJM AC

[~~PROPOSED~~] ORDER ON REQUEST FOR CONTIUNANCE OF DEBTOR'S EXAMINATION

**ORDER**

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of Hakmat Lababedy is continued to 12/19/18 at 10:00 am in courtroom 26, 501 I Street, Sacramento, CA 95814.

IT IS SO ORDERED.

DATED: September 21, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE