# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**Scott Johnson,**

    Plaintiff,

v.

**Hakmat Lababedy, et al.**

    Defendants.

Case No.: 2:16-cv-0126 KJM AC

[~~PROPOSED~~] ORDER ON REQUEST TO VACATE DEBTOR'S EXAMINATION

Date: 12/19/18
Time: 10:00 am
Courtroom: 26

## ORDER

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of Hakmat Lababedy scheduled for 12/19/18 is vacated.

IT IS SO ORDERED.

DATED: December 13, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Request to vacate Debtor's Exams            -1-